## CONSENT TO JOIN COLLECTIVE ACTION FOR UNPAID WAGES

By signing below, I wish to participate in a lawsuit to recover any unpaid wages that may be owed to me under the Federal Fair Labor Standards Act against __Benito Delgado Reyes__.

I hereby appoint Lloyd Ambinder of the law firm of Virginia & Ambinder, LLP, located at 111 Broadway, Suite 1403, New York, NY 10006, telephone (212) 943-9080 as my attorney.

NAME (print): __Benito Delgado Reyes.__

ADDRESS: __[redacted]__

CITY: __[redacted]__   ZIP CODE: _____   Apt.: __[redacted]__

TELEPHONE: __[redacted]__

EMAIL: _____@_____._____

SIGNATURE: __Benito__   DATE: __1-31-11__