

**Littler**
Employment & Labor Law Solutions Worldwide



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/11

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

March 10, 2011

Andrew P. Marks
212.583.2661 direct
212.583.9600 main
646.219.5794 fax
amarks@littler.com

Hon. William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Hernandez v. Lansky's Equities Corporation, et al.
      Index No.:  10 cv 9495

Dear Judge Pauley:

We have just been retained to represent the Defendants in the above-referenced matter. An initial scheduling conference with Your Honor is set for March 18, 2011. We respectfully request that the conference be rescheduled for April 1, 2011 at 2:15 p.m. This brief adjournment is requested to allow us to conduct an initial investigation of the claims and defenses so that the conference may be more productive. Counsel for Plaintiffs has consented to our request. No previous request for an extension has been made.

Respectfully,

Andrew P. Marks

APM/lf

cc:   Lloyd R. Ambinder, Esq.

Application granted. The conference scheduled for March 18 is adjourned to April 1, 2011, at 4:00 p.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

3/18/11

littler.com