UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
APOLINAR AMARA HERNANDEZ &
VALENTIN GONZALEZ SANTOS            :      10 Civ. 9495 (WHP)
*Individually and on behalf of all other persons
similarly situated*                  :      SCHEDULING ORDER

                    Plaintiffs,     :

            -against-                :

LANSKY'S EQUITIES CORP. et al.,     :

                                    :
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/11

WILLIAM H. PAULEY III, District Judge:

   Counsel for all parties having appeared for a conference with this Court on April 1, 2011, the following schedule is established on consent:

   1. Plaintiffs may file and serve their FLSA § 216b Motion for Collective Certification by April 11, 2011;

   2. Defendants may file and serve any opposition by May 2, 2011;

   3. Plaintiffs may file and serve any reply by May 16, 2011;

   4. This Court will hold oral argument on June 3, 2011, at 11:00 a.m.;

   5. The parties shall complete all pre-class certification discovery by June 17, 2011;

-2-

      6. This Court will hold a status conference on July 8, 2011, at 10:00 a.m.

Dated: April 5, 2011
      New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                         U.S.D.J.

*All Counsel of Record*