```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
APOLINAR HERNANDEZ et al.,          :
                                    :
            Plaintiffs,             :
                                    :      10 Civ. 9495 (WHP)
       -against-                    :
                                    :      ORDER OF REFERENCE
LANSKY'S EQUITIES CORP. et al.,     :      TO A MAGISTRATE JUDGE
                                    :
                                    :
            Defendant.              :
------------------------------------X

The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

___  General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_X_  Specific Non-Dispositive Motion/Dispute:*
     *Re: relief requested in joint 5/9/11 letter to the Court*

___  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

     Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Habeas Corpus

___  Settlement*

___  Social Security

___  Inquest After Default/Damages Hearing

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

     Particular Motion:_____

     All such motions: ___

* Do not check if already referred for general pretrial.

DATED:  May 19, 2011
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*