UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X



APOLINAR AMARO HERNANDEZ and           :
VALENTIN GONZALEZ SANTOS,
individually and on behalf of          :
all other persons similarly
situated who were employed by          :      10 Civ. 9495 (WHP)(HBP)
Lansky's Equities Corporation
d/b/a Lansky's Old World Deli          :      ORDER
and/or 185 Columbus Equity
Corp. d/b/a Jalapeno and/or            :
Sushi A Go Go, Inc. and/or
David Ruggiero,                        :

                    Plaintiffs,        :

     -against-                         :

LANSKY'S EQUITIES CORPORATION,         :
doing business as "Lansky's
Old World Deli," et al.,               :

                    Defendants.        :

------------------------------------X

          PITMAN, United States Magistrate Judge:

          A conference having been held on this date at which I

heard oral argument with respect to plaintiffs' application to

compel defendants' counsel to produce their work product

concerning their contact with non-party employees of defendants

and for other relief, for the reasons stated on the record in

open court, plaintiffs' application is denied in all respects

without prejudice to a renewed application based on admissible,

non-hearsay evidence.

Dated:  New York, New York
        June 7, 2011

                                    SO ORDERED


                                    _____
                                    HENRY PITMAN
                                    United States District Judge


Copies transmitted to:

Lloyd R. Ambinder, Esq.
Virginia & Ambinder, LLP
111 Broadway
New York, New York  10006

Andrew P. Marks, Esq.
Adam Malik, Esq.
Littler Mendelson, P.C.
8th Floor
900 Third Avenue
New York, New York  10022