

# VIRGINIA & AMBINDER LLP
Attorneys at Law

Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
Telephone: 212.943.9080
www.vandallp.com

Leonor H. Coyle
212.943.0028
lcoyle@vandallp.com

*The conference scheduled for Dec. 2, 2011 is adjourned to Dec. 20, 2011 at noon.*
**SO ORDERED:**

_William H. Pauley_
WILLIAM H. PAULEY III U.S.D.J.
12/2/11

November 28, 2011

**RECEIVED NOV 29 2011**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2011

**VIA HAND DELIVERY**
Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **Apolinar Hernández et. al. v. Lansky's Equities Corporation et. al.**
      *Docket No. 10-CV-9495 (WHP)*

Dear Judge Pauley:

This firm is counsel to Plaintiffs in the above-referenced wage and hour action. I write on consent of both parties to apprise Your Honor of the status of the action.

The parties are pleased to report that throughout the last four weeks, there has been progress towards reaching a global resolution of the action. To this end, the Defendants are currently evaluating Plaintiffs' settlement proposal that would encompass all three restaurant locations (Sushi a Go-Go, Jalapenio, and Lansky's) for a period dating back to December 22, 2004. In addition to Plaintiffs' proposed damage demands, the proposal further contemplates certification of a Rule 23 class to cover New York Labor Law claims, for settlement purposes only.

Defendants' new counsel is currently evaluating Plaintiffs' proposal. After Defendants respond to Plaintffs' proposal, the parties plan on meeting in person to discuss resolution. If the parties are unable to reach a settlement of this matter by December 15, 2012, Plaintiffs intend to move for Rule 23 certification to cover New York Labor Law claims.

Respectfully submitted,

_Leonor H. Coyle_
Leonor H. Coyle

cc:   Michael Vollbrecht, Esq. (via Electronic Mail)