UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
APOLINAR AMARA HERNANDEZ &
VALENTIN GONZALEZ SANTOS           :       10 Civ. 9495 (WHP)
*Individually and on behalf of all other persons*
*similarly situated*               :       ORDER

                     Plaintiffs,   :

        -against-                  :

LANSKY'S EQUITIES CORP. et al.,    :

                                   :
                     Defendants.
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/11

WILLIAM H. PAULEY III, District Judge:

      The Clerk of the Court is directed to terminate the motion pending at Dkt. No. 14.

Dated: December 20, 2011
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*