UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
APOLINAR AMARA HERNANDEZ &
VALENTIN GONZALEZ SANTOS              :    10 Civ. 9495 (WHP)
*Individually and on behalf of all other persons*
*similarly situated*                  :    SCHEDULING ORDER

               Plaintiffs,            :

       -against-                      :

LANSKY'S EQUITIES CORP. et al.,       :

                                      :
               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/11
```

WILLIAM H. PAULEY III, District Judge:

   Counsel for all parties having appeared for a conference with this Court on December 20, 2011, the following schedule is established on consent:

    1. The parties shall submit a joint status report to this Court by February 3, 2012; and

    2. This Court will hold a status conference on February 10, 2012 at 10:00 a.m.

Dated: December 22, 2011
   New York, New York

          SO ORDERED:

          _____
           WILLIAM H. PAULEY III
             U.S.D.J.

*All Counsel of Record*