# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800  Fax: 212.554.7700
www.mosessinger.com

July 19, 2012

<u>VIA FACSIMILE (212-805-6390)</u>
Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007



      Re:    Hernandez, et al. v. Lansky's Equities Corporation, et al.
             [Docket No.: 10-cv-09495]

Your Honor:

    Pursuant to my telephone conversation with Ms. Priyanka Deshpande on Wednesday, July 18, 2012, <u>I am writing to confirm the request of both parties to adjourn the court conference presently scheduled for Friday, July 20, 2012 at 3:00 p.m. to a subsequent date and time.</u> Both parties previously agreed to mediation scheduled to be conducted on Tuesday, August 7, 2012.

    I personally apologize for not having so informed the Court in writing earlier but have been out of the office based upon the passing of my father.

    On behalf of both parties, I wish to thank this Court for its consideration.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/12
```

Respectfully submitted,

*David B. Feldman*
David B. Feldman

*Application granted. The conference is adjourned to Aug. 24, 2012 at 10:00 a.m.*

cc: Lloyd Ambinder, Esq. (via facsimile, 212-943-9082)

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7/23/12

933183v1 000010.01000