# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

August 7, 2012

**BY HAND DELIVERY**
Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 2210
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/12

CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Re: Hernandez, et al. v. Lansky's Equities Corporation, et al.
[Docket No.: 10-cv-9495 (WHP) (HBP)]

Your Honor:

Moses & Singer LLP respectfully requests to move this Court for an order to withdraw as attorneys of record for defendants in regard to the above-referenced matter pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern and Eastern Districts of New York. This request is based on an irreparable breakdown in the attorney-client relationship with defendants. Pursuant to Section III (A) of the Individual Practices of this Court, this letter further serves to request a pre-motion conference when this Court deems appropriate.

*Application granted. The Court will address this issue at the status conference scheduled for Aug. 24, 2012 at 10:00 a.m. This Court directs the individual defendants and an officer of the respective corporate defendants to appear.*

Respectfully submitted,

MOSES & SINGER LLP

By: *David B. Feldman*
David B. Feldman

**SO ORDERED:**

*William H. Pauley III*
WILLIAM H. PAULEY III U.S.D.J.

8/14/12

cc: Lloyd Ambinder, Esq., via facsimile (212-943-9080)