UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
APOLINAR AMARA HERNANDEZ &
VALENTIN GONZALEZ SANTOS                :        10 Civ. 9495 (WHP)
*Individually and on behalf of all other persons
similarly situated*                     :        ORDER

                Plaintiffs,   :

        -against-            :

LANSKY'S EQUITIES CORP. et al.,         :

                Defendants.    :
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/12

WILLIAM H. PAULEY III, District Judge:

        By Order dated August 14, 2012, this Court directed Defendants Lansky's Equities Corporation ("Lansky's"), 185 Columbus Equity Corporation ("Columbus Equity"), David Ruggerio, and Theresa Garelli (collectively, "Defendants") to appear for a conference on August 24, 2012. Defendants failed to appear for this conference. Accordingly, this Court directs David Ruggerio, Theresa Garelli, and an officer of Lansky's and Columbus Equity, respectively, to appear for a conference with this Court on September 14, 2012 at 10:30 a.m. ANY FAILURE TO APPEAR FOR THE CONFERENCE MAY RESULT IN SERIOUS SANCTIONS LEVIED AGAINST DEFENDANTS, INCLUDING FINES, ARREST, AND IMPRISONMENT.

This Court further directs counsel for Defendants to serve this order on Defendants via certified mail return receipt request and via electronic mail.

Dated: August 28, 2012
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record*