UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
APOLINAR AMARA HERNANDEZ *et al.*,

                  Plaintiffs,

    -against-

LANSKY'S EQUITIES CORP. *et al.*,

                  Defendants.
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/12

10 Civ. 9495 (WHP)
ORDER

WILLIAM H. PAULEY III, District Judge:

    Counsel for all parties having appeared for a conference with this Court on September 24, 2012, the following is established:

1. For the reasons stated on the record, Moses and Singer LLP's motion to withdraw as attorneys of record for Defendants is granted.
2. Corporate Defendants are directed to engage new counsel by October 24, 2012.
3. Plaintiffs shall amend the complaint by October 12, 2012;
4. All discovery shall be completed by December 7, 2012;
5. The parties shall submit a joint pre-trial order in accordance with this Court's Individual Practices by January 11, 2013;
6. This Court will hold a final pretrial conference on January 18, 2013; and
7. No further adjournments or extensions shall be granted.

Dated: September 25, 2012
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of Record:*

Lloyd Robert Ambinder
Virginia & Ambinder, LLP
111 Broadway
New York, NY 10006
*Counsel for Plaintiffs*

*Copies to:*

Theresa A. Garelli
110-18 65th Avenue
Forest Hills, New York 11375

David Ruggerio
110-18 65th Avenue
Forest Hills, New York 11375