AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| APOLINAR AMARO HERNANDEZ ET AL. | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 10-CV-9495 (WHP) |
| LANSKY'S EQUITIES CORP. ET AL. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Lansky's Equities Corporation and 185 Columbus Equity Corp.

Date: 10/23/2012

*Attorney's signature*

Leonard S. Surdyk  4768396
*Printed name and bar number*

Surdyk & Baker
33 Whitehall, 16 th Floor
New York, NY 10004

*Address*

lsurdyk@sbchicago-law.com
*E-mail address*

(212) 897-2312
*Telephone number*

(212) 482-0002
*FAX number*