UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

APOLINAR AMARA HERNANDEZ *et al.*,

                      Plaintiffs,

    -against-

LANSKY'S EQUITIES CORP. *et al.*,

                      Defendants.
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/13

10 Civ. 9495 (WHP)
<u>ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: January 9, 2013
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of Record*:

Lloyd Robert Ambinder
Virginia & Ambinder, LLP
111 Broadway
New York, NY 10006
*Counsel for Plaintiffs*

*Copies to*:

Theresa A. Garelli
110-18 65th Avenue
Forest Hills, New York 11375

David Ruggerio
110-18 65th Avenue
Forest Hills, New York 11375